UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
UNITED STATES OF AMERICA,              )
                                       )   No. CR07-298RSL
                Plaintiff,             )
       v.                              )
                                       )   ORDER DENYING DEFENDANT'S
ANDRES RICARDO BARRIOS-RIOS,           )   MOTION FOR RETURN OF
                                       )   PERSONAL PROPERTY AS MOOT
                                       )
                Defendant.             )
_____)

This matter comes before the Court on "Defendant's Motion for Return of Personal Property" (Dkt. #37). In his motion, defendant seeks an order directing the government to return all the personal property seized from him in this case. The Court has been informed by counsel for defendant and the government that this issue has been resolved. Accordingly, defendant has obtained the relief requested in his motion and the Court DENIES defendant's motion (Dkt. #37) as MOOT.

DATED this 28th day of May, 2008.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
RETURN OF PROPERTY AS MOOT